IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

VICTOR LORENZO MONTES,            *

       Petitioner,          *

v.                                  Case No. 4:26-cv-66-CDL-CHW

                                  *

Warden, STEWART DETENTION CENTER,

                                  *

       Respondent.

                                  *

**J U D G M E N T**

Pursuant to this Court's Order dated February 6, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 6th day of February, 2026.

                          David W. Bunt, Clerk

                          s/ Elizabeth S. Long, Deputy Clerk